NUMBER 13-02-594-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

_______________________________________________________________



THE STATE OF TEXAS , Appellant,



v.




RICHARD DANIEL, Appellee.

_______________________________________________________________


On appeal from the 94th District Court 

of Nueces County, Texas.

_______________________________________________________________



MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza

Opinion Per Curiam


 Appellant, THE STATE OF TEXAS , perfected an appeal from an order entered by the 94th District Court of Nueces
County, Texas, in cause number 01-CR-955-C . Appellant has filed a motion to dismiss the appeal. 

 The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that
appellant's motion to dismiss the appeal should be granted. Appellant's motion to dismiss the appeal is granted, and the
appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Opinion delivered and filed this

the 20th day of March, 2003 .